US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAY 05 2011
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 5:11CR50055-001 |
| | ) | 18 U.S.C. § 1343 |
| MARY BENZ | ) | |

## INFORMATION

The United States Attorney Charges:

### SCHEME TO DEFRAUD

1. For all times relevant to these charges, Mary Benz was an employee of Superior Industries located in Rogers, Arkansas. Benz worked for Superior Industries from 1999 through June of 2009. Benz was hired as a staff accountant at Superior Industries in 1999. She was subsequently promoted to accounting supervisor and assistant controller before being promoted to her last position of controller on March 1, 2005.

2. On or about June 1, 2009, an internal company audit was begun at Superior Industries regarding unusual payroll transactions that had been identified. Over the next couple of weeks the investigation team interviewed employees, reviewed records and obtained copies of company bank documents. By June 18, 2009, the internal investigation had determined that Benz had stolen company funds from as far back as 2002 employing several different schemes. Benz was confronted about the theft on June 19, 2009, at which time she denied any wrongdoing. Benz was terminated from employment at Superior Industries on this date.

3. The schemes Benz employed to defraud Superior Industries can be organized into four groups of transactions:

      A.    (Scheme 1) payroll checks not in ADP from 2002-2009

      B.    (Scheme 2) payroll ACH transfers from 2005-2008

      C.    (Scheme 3) general account checks from 2005-2009

      D.    (Scheme 4) overpayments in ADP from 2005-2009

Each of the four schemes employed by Benz to defraud Superior Industries are described in further detail in the following four paragraphs 4-7.

4.    (Scheme 1) payroll checks not in ADP from 2002-2009

During this period Benz fraudulently cashed 135 manual payroll checks, none of which were authorized, from the Superior Industries payroll accounts totaling $156,836.57. None of these payroll checks were entered into the company's ADP Payroll system as was Superior Industries' normal operating procedures.

5.    (Scheme 2) payroll ACH transfers from 2005-2008

During this period Superior Industries maintained payroll bank accounts at ARVEST Bank and at the Bank of America. Upon completing the above described audit, suspicious ACH (automated clearinghouse) payroll transfers, labeled as "returned," "payroll," "transfer" or "returned Rogers" were noted. Records were obtained from ARVEST Bank to determine whom the recipient was of the transferred funds in each of these described transfers. 62 fraudulent transactions totaling $171,292.81 were identified where Benz transferred funds to her personal bank account without authorization. These transactions were initiated electronically through the ARVEST Bank "Cash Man" or "Momentum" programs that Benz could fully access. Benz likely avoided internal scrutiny regarding these fraudulent transactions by not conducting any fraudulent ACH transactions during

the last month of each year. External auditors typically close out the year end balances and likely would have discovered her scheme.

6. (Scheme 3) general account checks from 2005-2009

During this period Benz fraudulently wrote 47 checks drawn off a Superior Industries General bank account. This general bank account was intended to replenish petty cash, provide travel advances or reimbursements and other miscellaneous purchases. The audit revealed 47 checks written by Benz made out to petty cash and/or Wal-Mart TeleChecks. In each instance, there are no records of petty cash being returned to the petty cash box by Benz from any of these transactions, nor was there any other supporting documentation legitimizing any of these transactions. Total fraud amount from this scheme is $28,462.69.

7. (Scheme 4) overpayments in ADP from 2005-2009

A review of Taylor's payroll history and the ADP payroll system revealed unauthorized payroll overpayments issued to Benz in the amount to $37,306.53. Documentation created by Benz to create/authorize additional payroll payments to Benz reflected descriptions such as lost checks, returned ACH transaction or canceled direct deposits.

8. All of the schemes described above were caused by Benz and were performed without authorization by anyone at Superior Industries. As a result of the above described fraud schemes perpetrated by Benz against Superior Industries, the aggregate loss to Superior Industries is $388,944.42. This figure was determined as a result of the internal audit and subsequent analysis of Benz's personal bank accounts.

9. On or about April 2, 2009, Benz issued or caused to be issued an unauthorized, unscheduled Superior Industries paycheck made out to herself in the amount of $2,023.71. The

check number for this payroll check is 522003. Benz, as the controller, personally signed the check.

10. On April 2, 2009, Benz endorsed check 522033 and deposited it into her personal bank account #XXXXX117 at ARVEST Bank in Rogers, AR. At the time, Superior Industries payroll account was set up at the Bank of America. Check 522003 was drawn off this Bank of America account. As a result of Benz depositing the unauthorized payroll check drawn off the Bank of America account into her bank account at ARVEST Bank in Rogers, AR, check 522033 was transmitted electronically by the Bank of America through the Federal Reserve Bank in St. Louis, Missouri, for processing and clearing prior to the funds being made available to Benz's bank account at ARVEST Bank in Rogers, Arkansas.

## COUNT ONE

On or about April 2, 2009, in the Western District of Arkansas, Fayetteville Division, the defendant, **MARY BENZ**, for the purpose of executing the aforementioned scheme and artifice to defraud her employer Superior Industries, did cause to be transmitted by wire or electronic transmissions in interstate commerce, check 522033 made payable to **MARY BENZ** in the amount of $2,023.71, in violation of Title 18, United States Code, section 1343.

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: *[signature]*
Candace L. Taylor
Assistant U. S. Attorney
Arkansas Bar No. 98083
P. O. Box 1524
Fort Smith, AR 72902
(479) 783-5125