5:11CR50055-001

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Mary M Benz** | | Social Security number or ITIN ■■■ |
| | First Name  Middle Name  Last Name | | EIN __-_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN ____ |
| | | | EIN __-_____ |
| United States Bankruptcy Court | Western District of Arkansas | | Date case filed for chapter 13  5/3/16 |
| Case number: 5:16-bk-71083 | | | Judge: Ben T Barry |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                      12/15

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Mary M Benz | |
| 2. | All other names used in the last 8 years | fka Mary M Taylor | |
| 3. | Address | ■■■ Centerton, AR 72719 | |
| 4. | Debtor's attorney  Name and address | Todd F. Hertzberg  HERTZBERG LAW FIRM OF ARKANSAS, P.A.  112 W. Center Street  Suite 550  Fayetteville, AR 72701 | Contact phone 479-303-5555  Email: toddhertzberg@yahoo.com |
| 5. | Bankruptcy trustee  Name and address | Joyce Bradley Babin  Chapter 13 Standing Trustee  P.O. Box 8064  Little Rock, AR 72203-8064 | Contact phone (501) 537-2500 |
| 6. | Bankruptcy clerk's office  Documents in this case should be filed in ECF or at one of these addresses.  You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 W. 2nd Street  Little Rock, AR 72201  OR  35 E. Mountain St. Rm 316  Fayetteville, AR 72701 | Hours open 8:00 a.m. – 5:00 p.m.  Contact phone: 501-918-5500 or  479-582-9800  Date: 5/4/16 |

For more information, see page 2

030442                          6260403047201 5